An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

HASIM SHARIF RAHMAN, JR.,
                    Appellant,
             vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68172

**FILED**

AUG 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Our review of the documents transmitted to this court pursuant to NRAP 3(g) revealed a potential jurisdictional defect. Specifically, an order denying a motion for reconsideration is not substantively appealable. *See Phelps v. State*, 111 Nev. 1021, 900 P.2d 344 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, on June 16, 2015, we entered an order suspending the deadline for filing documents pursuant to NRAP 3C and directing appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

Appellant has responded to our order, and respondent has filed a reply. Appellant acknowledges that an order denying a motion for reconsideration is not an appealable order, but asks this court to direct the district court to enter a third amended judgment of conviction from which appellant may file a new notice of appeal. No good cause appearing, we deny appellant's request.

15-25762

No statute or court rule provides for an appeal from the district court's order. *See Phelps*, 111 Nev. at 1022-23, 900 P.2d at 344-45 ("[N]o appeal lies from an order denying a motion for reconsideration."); *Castillo*, 106 Nev. at 352, 792 P.2d at 1135. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Elissa F. Cadish, District Judge
Las Vegas Defense Group, LLC
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk